UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY ROTH, *et al.*,

                Plaintiffs,

      -v-

PAYNADA LLC, *et al.*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2025

**ORDER FOR CONFERENCE PURSUANT TO RULE 16**

25-CV-2492 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court shall hold a case management conference on **September 10, 2025**, at **10:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 924 770 845#).

In preparation for and while engaging in a teleconference, please follow these guidelines:

    1. Use a landline whenever possible.
    2. Use handset rather than speakerphone.
    3. Identify yourself each time you speak.
    4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers unintelligible.
    5. Mute when not speaking to eliminate background noise and prevent interruptions.
    6. Avoid voice-activated systems that don't allow speaker to know when someone else is trying to speak and that cut off the beginning of words.

Upon receipt of this order, counsel are directed to confirm with all other counsel that each party to this proceeding has received a copy of this order. Please note that the Federal Rules of Civil Procedure require the parties to confer before this conference to discuss the matters set forth in Fed. R. Civ. P. 26(f). Additionally,

the parties must exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) <u>in advance of the conference</u>.  Finally, <u>counsel of record must attend the conference.</u>  If counsel of record has not filed a notice of appearance, they must do so by the date of the conference.

At the case management conference, the parties must be prepared to discuss the subjects set forth in subdivisions (b) and (c) of Rule 16.  To fulfill the requirement of Fed. R. Civ. P. 26(f) that the parties submit a proposed discovery plan, the parties shall send by email to RicardoNYSDChambers@nysd.uscourts.gov <u>no later than **two business days** before the initial case management conference</u>, a "Proposed Scheduling Order," in a Word document format, using the "Template for Proposed Case Management Plan and Scheduling Order" available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

To the extent the parties disagree on the dates or other terms of the proposed schedule, such disagreement may be noted in the document.  In addition, prior to submitting their case management plan, the parties are directed to discuss whether they will be taking depositions remotely or in person, or some combination, and should indicate as much in the proposed case management plan.

<u>Any application for a change in the date of the conference must be made by letter-motion filed on ECF within five days of this order</u>, unless there is good cause justifying a later application.  Prior to requesting an adjournment, the party making the request should contact Chambers by email to determine alternative

dates on which the Court is available for a rescheduled court appearance. The party must then request an adjournment by letter-motion that includes (1) a statement as to all other parties' positions on the proposed change in date and (2) a proposal for an alternative date for the conference (as provided by Chambers) for which all parties are available.

**SO ORDERED.**

Dated: August 18, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge