UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY ROTH, *et al.*,

                    Plaintiffs,

        -v-

PAYNADA LLC, *et al.*,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/24/2025___

**ORDER**

25-CV-2492 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On October 23, 2025, Attorney Suzanne Tongring moved to withdraw as counsel for Plaintiffs.  ECF No. 40.  On November 12, 2025, the Court held a conference to address that motion.  By Order the same day, the Court denied Attorney Tongring's motion to withdraw without prejudice.  ECF No. 49.  On November 20, 2025, Attorney Jonathan Bernstein filed a letter with respect to the prior motion to withdraw.  ECF No. 57.  Based on Attorney Bernstein's representations therein, Attorney Tongring's request to withdraw as counsel is **GRANTED**.  The Clerk of Court is respectfully directed to terminate Attorney Tongring as counsel for all plaintiffs.

**SO ORDERED.**

Dated: November 24, 2025
        New York, New York

Henry J. Ricardo
United States Magistrate Judge