AO 154 (10/03) Substitution of Attorney

┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 1/29/2026       │
└─────────────────────────────┘

## UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Harry Roth, et al.

Plaintiff(s),

V.

Paynada, LLC et al.

Defendant(s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  1:25-cv-02492-DEH

Notice is hereby given that, subject to approval by the court, __90 Degree Benefits, Inc.__ substitutes
(Party(s) Name)

__Farrah Berse__ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Dougals E. Motzenbecker, Esq. and Wayne L. Gladstone, Esq.__ .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __Maynard Nexsen PC__

Address: __The Fred F. French Bldg., 551 Fifth Avenue, Suite 1600, NY, NY 10176__

Telephone: __(646) 609-9290__    Facsimile _____

E-Mail (Optional): __farrah.berse@maynardnexsen.com__

I consent to the above substitution.

Date: __1/14/2026__

_____
(Signature of Party(s))

I consent to being substituted.

Date: __1/13/2026__ __1/27/25__

_____
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: __1/15/2026__

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __January 29, 2026__

_____
Judge
HENRY J. RICARDO

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

| Print | Save As... | Export as FDF | Retrieve FDF File | Reset |