UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY ROTH, ET AL.,

                Plaintiffs,

     -v-

PAYNADA LLC, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/18/2026__

**ORDER**

25-CV-2492 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint letter in which Defendants and Third Party Defendant state that they do not oppose Plaintiffs' filing of their first amended complaint.  ECF No. 83.

Accordingly, Plaintiffs shall file their first amended complaint by **February 20, 2026**.  Defendants and Third Party Defendant shall answer or otherwise respond to the amended complaint within 21 days of its filing.

**SO ORDERED.**

Dated: February 18, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1