USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/25/2026_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY ROTH, ET AL.,

                 Plaintiffs,

       -v-

PAYNADA LLC, ET AL.,

                 Defendants.

**ORDER**

25-CV-2492 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference to address the Paynada Defendants' anticipated motion to dismiss and motion to strike.

As discussed during the conference, Plaintiffs have withdrawn their jury demand so any motion to strike the jury demand would be moot.

The Paynada Defendants are directed to confer regarding their intent to pursue the motion to dismiss. By **March 31, 2026**, the Paynada Defendants shall file a status letter on the docket advising the Court as to whether they intend to proceed with the motion, or if they instead intend to answer the amended complaint. If the Paynada Defendants intend to proceed with the motion, they should confer with Plaintiffs regarding a jointly proposed briefing schedule, to be included in the status letter.

Additionally, on March 13, 2026, Defendant 90 Degree Benefits filed a motion to dismiss Count IV of Plaintiffs' Amended Complaint. ECF No. 90. This motion is

1

deemed to address the corrected version of the Amended Complaint, which was ultimately filed on March 20, 2026 at ECF No. 98.  The parties' consented-to briefing schedule is approved.  Plaintiffs shall file their opposition brief by **April 10, 2026**, and Defendant 90 Degree Benefits shall file its reply brief within 3 weeks of Plaintiffs' opposition.

**SO ORDERED.**

Dated: March 25, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge