UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY ROTH, ET AL.,

                Plaintiffs,

    -v-

PAYNADA LLC, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2026

**ORDER**

25-CV-2492 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Parties' joint status report proposing an updated discovery schedule (the "Status Report").  ECF No. 114.

    A conference is scheduled for **May 27, 2026, at 3:00 p.m.** by telephone to discuss the Status Report.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 283 717 395#).

**SO ORDERED.**

Dated: May 13, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge