USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY ROTH, ET AL.,

Plaintiffs,

-v-

PAYNADA LLC, ET AL.,

Defendants.

**ORDER**

25-CV-2492 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on August 7, 2026 to discuss 90 Degree Benefits, Inc.'s request for leave to amend its pleading to assert a counterclaim consisting of five causes of action: (1) contractual indemnification under ASA § 12.12(b); (2) common law indemnification; (3) contribution; (4) breach of contract; and (5) a declaratory judgment that ASA § 12.12(a) does not obligate 90DB to indemnify TranzVia and that TranzVia is obligated to indemnify 90DB under § 12.12(b). ECF No. 124. For the reasons articulated at the conference, the request to amend the pleading to assert causes of action (1) – (4) is **GRANTED**. The request to amend the pleading with respect to the fifth cause of action is **DENIED**, as it would be duplicative.

90 Degree Benefits, Inc. shall file the amended pleading by **August 11, 2026**. Based on the representations made at the conference, there is no need to modify the schedule to account for the amended pleading.

**SO ORDERED.**

Dated: August 7, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge