USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY ROTH, ET AL.,

Plaintiffs,

-v-

PAYNADA LLC, ET AL.,

Defendants.

**ORDER**

25-CV-2492 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Third-Party Defendant 90 Degree Benefits, Inc.'s letter motion to compel. ECF No. 136. The letter motion will be discussed at the conference already scheduled for **September 23, 2026**. *See* ECF No. 135. Responses to the motion shall be filed by **September 17, 2026**.

**SO ORDERED.**

Dated: September 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge