USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY ROTH, ET AL.,

Plaintiffs,

-v-

PAYNADA LLC, ET AL.,

Defendants.

**ORDER**

25-CV-2492 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on September 23, 2026 to discuss the disputes raised in Plaintiff's letter motion at ECF No. 134, and Defendant 90 Degree Benefits' ("90DB") letter motions at ECF Nos. 136 and 142. For the reasons articulated at the conference, the parties shall adhere to the following directives.

- Plaintiff's letter motion at ECF No. 134 is **DENIED** as moot.
- Defendant 90DB's letter motion at ECF No. 136 is **GRANTED IN PART** and **DENIED IN PART**.
    - Regarding documents withheld as privileged, the Paynada Defendants are to submit documents 1, 2, 5, 6, and 7 for in camera review. The Paynada Defendants shall email such documents to RicardoNYSDChambers@nysd.uscourts.gov by **September 25, 2026**. The October 1, 2024 communication shall also be submitted for review by the same deadline. Documents 3, 4, and 8 are not properly withheld as privileged, and must be produced.

  - The request regarding broker communications is **DENIED** as moot.
  - Regarding the request for corporate structure documents, the parties are directed to meet and confer further on how to produce the necessary information. The request is presently **DENIED** without prejudice to future renewal if the meet and confer is not productive.

- Defendant 90DB's letter motion at ECF No. 142 is **GRANTED**. The Paynada Defendants shall make Mr. Mincey available for a deposition before the end of the expert discovery period.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 136 as **GRANTED IN PART** and **DENIED IN PART** and the letter motion at ECF No. 142 as **GRANTED**.

**SO ORDERED.**

Dated: September 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge