UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/30/2026

HARRY ROTH, ET AL.,

Plaintiffs,

-v-

PAYNADA LLC, ET AL.,

Defendants.

**ORDER**

25-CV-2492 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated September 23, 2026, the undersigned directed the parties to submit certain documents for in camera review. ECF No. 144. Based on the in camera review, the undersigned makes the following rulings on privilege.

The communications with counsel did not begin to fall outside the fiduciary exception to the attorney-client privilege until an email sent by Ryan McComber at 9:06 a.m. on September 6, 2024. Communications before then cannot be withheld as privileged, but communications between the Paynada Defendants and Figari + Davenport after that are properly withheld as privileged and the substance of such communications should be redacted from these email exchanges.

Accordingly, the email chains on Priv 001-008 must be produced. Starting with Priv 009, the substances of the exchanges between Paynada and Figari + Davenport can be redacted. In other words, the 9:06 am September 6, 2024 email and the emails that followed may be redacted. But earlier communications in these

same email chains and communications with third parties, including 90 Degree Benefits and plaintiffs, must be produced.

**SO ORDERED.**

Dated: September 30, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge