USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY ROTH, ET AL.,

Plaintiffs,

-v-

PAYNADA LLC, ET AL.,

Defendants.

**ORDER**

25-CV-2492 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' letter motion raising a discovery dispute. ECF No. 152. Responses to the letter motion are due by **November 6, 2026**.

A conference is scheduled for **November 13, 2026,** at **2:30 p.m.** by telephone to discuss the letter motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 402 633 734#).

**SO ORDERED.**

Dated: October 30, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge