UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/16/2026

HARRY ROTH, ET AL.,

Plaintiffs,

-v-

PAYNADA LLC, ET AL.,

Defendants.

**ORDER**

25-CV-2492 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of 90 Degree Benefits' letter motion to compel. ECF No. 158. Responses to the letter motion are due by **November 23, 2026**.

The letter motion will be discussed at the conference already scheduled for **December 3, 2026,** at **11:00 a.m.** by telephone. *See* ECF No. 157.

**SO ORDERED.**

Dated: November 16, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge